IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF MONTANA
BUTTE DIVISION

IN THE MATTER OF THE
SEARCH OF:

Black Apple iPhone (IMEI:
352897115445440), the "Device,"
that is in FBI custody in Bozeman,
Montana.

Case No. MJ-22- *5* -BU-KLD

## AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE

I, Brandon L. Walter, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.     I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant authorizing the examination of a black Apple iPhone (IMEI: 352897115445440) which is currently in law enforcement possession for the seizure and search of the item described in Attachment A and the subsequent seizure of items described in Attachment B, including electronically stored evidence.

2.     I, Brandon L. Walter, am a Special Agent with the Federal Bureau of Investigation (FBI) assigned to the Billings, Montana Resident Agency.  I have been

1

a Special Agent for approximately fifteen years. During this time, I have investigated numerous violations of Federal law, including offenses enumerated under Title 18 of the United States Code. During the last eight years, I have specialized in working commercial sex trafficking cases and violent crimes against children to include cases involving child pornography and the online sexual exploitation of children. I am assigned the investigation described in the following paragraphs and the information contained in this affidavit is based on my own observations, interviews with witnesses, my training and experience, and information provided to me by other task force members or other law enforcement officers.

3.     This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## RELEVANT STATUTES

4.     This investigation concerns an alleged violation of the following criminal statute (summarized):

> 18 U.S.C. § 2422(b) prohibits a person from using the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so.

2

## **TECHNICAL TERMS**

5.      Based on my training and experience, I use the following technical

terms to convey the following meanings:

> a. **Computer:** includes all types of electronic, magnetic, optical, electrochemical, or other high-speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, smartphones, mobile phones, tablets, server computers, and network hardware.
>
> b. **Wireless telephone:**      A wireless telephone (or mobile telephone, or cellular telephone) is a handheld wireless device used for voice and data communication through radio signals. These telephones send signals through networks of transmitters/receivers, enabling communication with other wireless telephones or traditional "land line" telephones.   A wireless telephone usually contains a "call log," which records the telephone number, date, and time of calls made to and from the phone.   In addition to enabling voice communications, wireless telephones offer a broad range of capabilities.   These capabilities include: storing names and phone numbers in electronic "address books;" sending, receiving, and storing text messages and e-mail; taking, sending, receiving, and storing still photographs and moving video; storing and playing back audio files; storing dates, appointments, and other information on personal calendars; and accessing and downloading information from the Internet.   Wireless telephones may also include global positioning system ("GPS") technology for determining the location of the device.
>
> c. **Data:**  means a representation of information, knowledge, facts, concepts, computer software, computer programs or instructions. Data may be in any form, in storage media, or as stored in the memory of the computer or in transit or presented on a display device.
>
> d. **Digital camera:**  is a device that records and stores photographic images in digital form that can be transferred to a computer as

3

the impressions are recorded or stored in the camera for later loading into a computer or printer. Wireless telephones more often than not possess an integrated digital camera.

e. **Email** or **electronic mail:**  means messages transmitted over communications networks. The messages can be notes entered from the keyboard or electronic files stored on disk. Most mainframes, computer networks, and minicomputers have an email system. Sent messages are stored in electronic mailboxes at least until the recipient retrieves them.  After reading electronic mail, recipients can store it on their computer as a file, forward it to other users, or delete it, or they may store the message on a remote server, such as the one from which they may have retrieved the email.

f. **Flash medium:**  is any data repository that uses flash memory cells, which can be electronically erased and reprogrammed and does not need power to retain data.

g. **Image** or **copy:** refers to an accurate reproduction of information contained on an original physical item, independent of the electronic storage device.  "Imaging" or "copying" maintains contents, but attributes may change during the reproduction.

h. **Internet:**  is a global network of computers and other electronic devices that communicate with each other via standard telephone lines, high-speed telecommunications links (e.g., fiber optic cable), and wireless transmissions. Due to the structure of the Internet, connections between devices on the Internet often cross state and international borders, even when the devices communicating with each other are in the same state.

i. **Text Messages:**  are a form of communication through the use of cellular telephones or handheld electronic devices upon an electronic service provider's network or system.  A message normally contains text composed by the sender, usually input via a lettering system on the device or computers keypad.  The message can also be an image or short video sent or received.

j. **Uniform Resource Locator:**  (URL) are typically used to access web sites or other services on remote devices such as http://www.usdoj.gov, for example.

k. **Voice Mail:** means a computerized system for answering incoming phone calls and allowing the caller to leave a message, which may be later retrieved.

l. **World Wide Web:** can be considered a massive database of information that is stored on linked computers that make up the Internet. This information can be displayed on a computer in the form of a web page, which is a document on the World Wide Web. A web site is a related collection of files and can consist of any number of web pages.

6.     Based on my training, experience, and research, I know that smartphone devices have capabilities that allow them to serve as a wireless telephone and digital camera that connect to the Internet. In my training and experience, examining data stored on devices of this type can uncover, among other things, evidence that reveals or suggests who possessed or used the device, who the user was communicating with, and content of those communications.

7.     Based upon my knowledge, training, and experience in child exploitation and human trafficking investigations, and the experience and training of other law enforcement officers with whom I have had discussions, I am aware of the following:

### PROCEDURES FOR ELECTRONICALLY STORED INFORMATION AS TO ANY CELLULAR TELEPHONE

a. It is not possible to determine, merely by knowing the cellular telephone's make, model and serial number, the nature and types of services to which the device is subscribed and the nature of the data stored on the device. Cellular devices today can be simple cellular telephones and text message devices, can include cameras, can serve as

personal digital assistants and have functions such as calendars and full address books and can be mini-computers allowing for electronic mail services, web services and rudimentary word processing. An increasing number of cellular service providers now allow for their subscribers to access their device over the internet and remotely destroy all of the data contained on the device. For that reason, the device may only be powered in a secure environment or, if possible, started in "airplane mode" which disables access to the network. Unlike typical computers, many cellular telephones do not have hard drives or hard drive equivalents and store information in volatile memory within the device or in memory cards inserted into the device. Current technology provides some solutions for acquiring some of the data stored in some cellular telephone models using forensic hardware and software. Even if some of the stored information on the device may be acquired forensically, not all of the data subject to seizure may be so acquired. For devices that are not subject to forensic data acquisition or that have potentially relevant data stored that is not subject to such acquisition, the examiner must inspect the device manually and record the process and the results using digital photography. This process is time and labor intensive and may take weeks or longer.

b. Following the issuance of this warrant, the Device will be sent to another location, possibly out of the State of Montana, to be subjected to a forensic analysis. All forensic analyses of the data contained within the telephone and its memory cards will employ search protocols directed exclusively to the identification and extraction of data within the scope of this warrant and will follow the procedures below.

c. Computer files or remnants of such files can be recovered months or even years after they have been downloaded onto a storage medium, deleted, or viewed via the Internet. Electronic files downloaded to a storage medium can be stored for years at little or no cost. Even when files have been deleted, they can be recovered months or years later using forensic tools. This is so because when a person "deletes" a file on a computer, the data contained in the file does not actually disappear; rather, that data remains on the storage medium until it is overwritten by new data.

    d. Therefore, deleted files, or remnants of deleted files, may reside in free space or slack space—that is, in space on the storage medium that is not currently being used by an active file—for long periods of time before they are overwritten. In addition, a computer's operating system may also keep a record of deleted data in a "swap" or "recovery" file.

8.    Based on my knowledge, training, and experience, I know that electronic devices can store information for long periods of time. Similarly, items that have been viewed via the Internet are typically stored for some period of time on the device. This information can sometimes be recovered with forensics tools.

9.    As further described in Attachment B, this application seeks permission to locate not only electronically stored information that might serve as direct evidence of the crimes described on the warrant, but also forensic evidence that establishes how the Device were used, the purpose of their use, who used them, and when. There is probable cause to believe that this forensic electronic evidence might be on these Device because:

    a. Data on the storage medium can provide evidence of a file that was once on the storage medium but has since been deleted or edited, or of a deleted portion of a file (such as a paragraph that has been deleted from a word processing file).

    b. Forensic evidence on a device can also indicate who has used or controlled the device. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.

    c. A person with appropriate familiarity with how an electronic device works may, after examining this forensic evidence in its proper context, be able to draw conclusions about how electronic devices were used, the purpose of their use, who used them, and when.

d. The process of identifying the exact electronically stored information on a storage medium that are necessary to draw an accurate conclusion is a dynamic process. Electronic evidence is not always data that can be merely reviewed by a review team and passed along to investigators. Whether data stored on a computer is evidence may depend on other information stored on the computer and the application of knowledge about how a computer behaves. Therefore, contextual information necessary to understand other evidence also falls within the scope of the warrant.

e. Further, in finding evidence of how a device was used, the purpose of its use, who used it, and when, sometimes it is necessary to establish that a particular thing is not present on a storage medium.

f. The affiant knows that when an individual uses an electronic device to facilitate human trafficking, the individual's electronic device will generally serve both as an instrumentality for committing the crime, and also as a storage medium for evidence of the crime. The electronic device is an instrumentality of the crime because it is used as a means of facilitating the criminal offense, for example, communicating with victims or customers in a commercial sex scheme. The electronic device is also likely to be a storage medium for evidence of crime. From his training and experience, the affiant believes that an electronic device used to commit a crime of this type may contain: data that is evidence of how the electronic device was used; data that was sent or received; and other records that indicate the nature of the offense.

10. Based on the foregoing, and consistent with Rule 41(e)(2)(B), the warrant the affiant is applying for would permit an agent's seizure and subsequent review of the Device as well as the forensic examination of the Device consistent with the warrant. The examination will require authorities to employ techniques, including but not limited to computer-assisted scans of the entire medium, that might expose many parts of the Device to human inspection in order to determine whether it is evidence described by the warrant.

8

11.     Following the issuance of this warrant, an agent will seize the Device and submit the Device for a forensic extraction of the Device. All data on the phone will be extracted and a copy of that extraction will be maintained. Subsequently, the forensic extraction will be examined for evidence described in Attachment B. All searches and forensic analysis of the data contained within the Device and its memory cards will employ search protocols directed exclusively to the identification and extraction of data within the scope of this warrant. If evidence relating to another crime is discovered, agents will not look for additional evidence relating to the new crime without first applying for and obtaining a search warrant for that new crime.

12.     Based on the foregoing, identifying and extracting data subject to seizure pursuant to this warrant may require a range of data analysis techniques, including manual review, and, consequently, may take weeks or months. The personnel conducting the identification and extraction of data will complete the analysis within one-hundred twenty (120) days, absent further application to this court.

13.     If the search team determines that a digital device is not an instrumentality of any offense under investigation and does not contain any data falling within the list of items to be seized pursuant to this warrant, the government

will as soon as practicable return the digital device and delete or destroy all the forensic copies thereof.

## **PROBABLE CAUSE**

14.    I have been assigned to investigate a case involving the communication of an FBI Online Covert Employee (OCE) with an individual on a social media account listed under the vanity name, Bozeman Guy, and the username, Bozemanguy1.  On the social media application (known to your affiant but not specifically identified to maintain confidentiality), the OCE purported to be the uncle of a 12-year-old niece who would be visiting Bozeman, Montana during the week of February 2, 2022.  Bozemanguy1 agreed to meet the OCE and the 12-year-old for the purpose of sexual activity and described his wish to have the OCE watch Bozemanguy1 and the 12-year-old have sex, while the OCE watched and masturbated.  As explained in detail below, ARIC COLLIN NORMILE, born in November 1980, drove to a secluded public recreation area, a few miles outside of the city limits of Belgrade, Montana, to meet the OCE and the purported 12-year-old girl.

15.    On January 26, 2022, the OCE posted the following message publicly on a social media platform:

> 31m Missoula ganna be in Bozeman next week. Anybody into some secret
> tabu fam fun

On January 27, 2022, Bozemanguy1 initiated the following conversation on the social media platform:

| Account Name | Message |
|---|---|
| Bozemanguy1 | "Hey" |
| OCE ACCOUNT | "Hey man"<br><br>"ASL" |
| Bozemanguy1 | "35, male, Bozeman" |
| OCE ACCOUNT | "31m Missoula in Bozeman next week"<br><br>"Where did you find me" |
| Bozemanguy1 | "On the Bozeman chat group you were just in" |
| OCE ACCOUNT | "Ahh cool bro what you Into" |
| Bozemanguy1 | "Damn near everything ! [Laughing emoticon]<br><br>"You" |
| OCE ACCOUNT | "Haha same bro same"<br><br>"I'm coming to Bozeman this week" |
| Bozemanguy1 | "Nice ! What are you trying to get into ?" |
| OCE ACCOUNT | "Today my last day here. Was looking for young swaps active parents" |
| Bozemanguy1 | "You have a little one with ya !?" |
| OCE ACCOUNT | "My neice she's 12" |
| Bozemanguy1 | "You still here ? Would LOVE to see her. Maybe show off to her a bit [devil emoticon]" |

| | |
|---|---|
| OCE ACCOUNT | "Mmmm would you. Today my last day"<br><br>"You have a swap" |
| Bozemanguy1 | "I would !!"<br><br>"Yes but she's not back in town with her mom until day after tomorrow unfortunately"<br><br>"She's 10" |
| OCE ACCOUNT | "Mmmm nice age you active with her?" |
| Bozemanguy1 | "A little so far. Going to go further soon"<br><br>"What I want to "accidentally " show off ..."<br><br>[PICTURE OF ERECT PENIS] |
| OCE ACCOUNT | "Mmm fuck that's hot Wht all you done ?<br><br>"Haha you wanna show that off tk hannah ? |
| Bozemanguy1 | "I've shown off, played with her mom while being watched and fondled"<br><br>"You?"<br>"Yes... I love to show off"<br>"And stroke in front of others."<br><br>"You?" |

| OCE ACCOUNT | "Yeah same man. You have a pic of her ?"<br><br>"Are you for real? I'm not into games or fantasy" |
|---|---|
| Bozemanguy1 | "I'm serious. What are you looking to get into ?" |
| OCE ACCOUNT | "Same here. Was looking for swaps but open to anytning"<br><br>[PICTURE SENT OF FEMALE WHO APPEARS YOUNG]<br><br>"Han" |
| Bozemanguy1 | "You hosting at your hotel ?" |
| OCE ACCOUNT | "Yah"<br><br>"You got a pic ?" |
| Bozemanguy1 | "What are you looking to do ?" |
| OCE ACCOUNT | "Open" |
| Bozemanguy1 | "I mean what can I do. ? Just don't want to assume and end up over stepping"<br><br>"What have you done ?" |
| OCE ACCOUNT | "We have done it all"<br><br>"No limits" |
| Bozemanguy1 | "Oooh ! Nice ! Details ?" |
| OCE ACCOUNT | "Where your pic first man?" |
| Bozemanguy1 | "Of me ?" |
| OCE ACCOUNT | "Her. Your dau. I sent you one. Gotta have trust" |

| | |
|---|---|
| Bozemanguy1 | [PICTURE SENT OF FEMALE WHO APPEARS YOUNG] |
| OCE ACCOUNT | "Fuck she's hot. Where was that at?" |
| Bozemanguy1 | "Cali vacation" |
| OCE ACCOUNT | "Nice man" |
| Bozemanguy1 | "How is it gunna go down once I get there ?" |
| OCE ACCOUNT | "You in then? You wanting just her and you or you want mfm" |
| Bozemanguy1 | "Oh I'm in. Would love to meet her and I, but what are you getting out of it then ?" |
| OCE ACCOUNT | "I've always wanted to watch been a kink. You got any sexy pics or anytning ?" |
| Bozemanguy1 | "Nice. I like being watched, but also love it when other guys join too. Would be SOOO hot to walk in through the unlocked door to see you two already playing and walk in in on it !!!" |
| OCE ACCOUNT | "I kinda wanna watch" |
| Bozemanguy1 | "Ok" |
| OCE ACCOUNT | "I mean tell me what would be best" |
| Bozemanguy1 | "I'm up for being watched, watching as well as playing together. It's all fun." |
| OCE ACCOUNT | "Could do all lol" |
| Bozemanguy1 | "Very nice !! What does she like to do ?" |
| OCE ACCOUNT | "No anal she's to little" |

14

| | |
|---|---|
| Bozemanguy1 | "Awww…. Cute little butt. That's ok" |
| OCE ACCOUNT | "What would you be looking for from her" |
| Bozemanguy1 | "Whatever you guys are comfortable with"<br><br>"What have you done to her exactly?" |
| OCE ACCOUNT | "We have had sex" |
| Bozemanguy1 | "What stuff does she enjoy ? You enjoy?"<br><br>"Yeah? Nice!" |
| OCE ACCOUNT | "If this isn't for you it's cool"<br><br>"Yeah man" |
| Bozemanguy1 | "Oh it is !!!" |
| OCE ACCOUNT | "Haha alright" |
| Bozemanguy1 | "What does she like ?" |
| OCE ACCOUNT | "Going down" |
| Bozemanguy1 | "She likes to suck cock ?" |
| OCE ACCOUNT | "Yah"<br><br>"And on her" |
| Bozemanguy1 | "Good. I love to do that" |
| OCE ACCOUNT | "You be down with that for Hannah she wants to knw" |
| Bozemanguy1 | "She wants to know if I'll go down on her ? Is she there with you right now in your hotel room ?" |
| OCE ACCOUNT | "I txtd her" |
| Bozemanguy1 | "Nice. What did you text her ? She knows you're lining a guy up for |

| | |
|---|---|
| | her ? That's hot as hell ! Where is she ?" |
| OCE ACCOUNT | "She's at my hotel. Yeah pretty much |
| Bozemanguy1 | "Love it !"<br><br>"Show her my pic [devil emoticon]" |
| OCE ACCOUNT | "I will." |
| Bozemanguy1 | "Would love to have you walk in on us already playing in your hotel room too !" |
| OCE ACCOUNT | "Mmmmm yes" |
| Bozemanguy1 | "Quietly sneak in to the cracked open door hearing moaning and peek around the corner to see me down between her legs licking her tight little kitty. Mmmmm" |
| OCE ACCOUNT | "Mmmm oh yes" |
| Bozemanguy1 | "I'd have her telling me all the dirty things she loves them bro out loud while I go down on her so you can hear it and stroke your cock to us." |
| OCE ACCOUNT | "Fuckin hot" |
| Bozemanguy1 | "I would LOVE to do that" |
| OCE ACCOUNT | "Today?" |
| Bozemanguy1 | "Only day there is to do that if you're last day in town is today"<br><br>"Or would she even play without you already being there ?" |
| OCE ACCOUNT | "It is. I would want to meet you first man. Just to be safe." |

| | "Make sure you have condoms n shit" |
|---|---|
| Bozemanguy1 | "No problem" |
| OCE ACCOUNT | "Glad that's okay" |
| Bozemanguy1 | "No problem. If I pass inspection I'd like to go to the room first and start playing with her so that you can sneak in and watch as she's getting eaten out !" |
| OCE ACCOUNT | "Mmmm god that would be hot" |
| Bozemanguy1 | "Let's make it happen!" |
| OCE ACCOUNT | "What time you thinkin" |
| Bozemanguy1 | "Are you going to sit back and stroke your cock to us fucking ? That would be hot as fuck !"<br><br>"Hour or two" |
| OCE ACCOUNT | "Mm yes I am" |
| Bozemanguy1 | "I love to watch and stroke in front of people fucking and see guys getting their hot cocks off watching me fuck too."<br><br>"You straight or bi ?" |
| OCE ACCOUNT | "I might not be available till around 5"<br><br>"Straight but curious. Wbu" |
| Bozemanguy1 | "Same"<br><br>"Oh not until 5 ? I think I'll be back at work by then unfortunately" |

|  | "I could play with her and she can send you pics and video chat you while we play! But then you wouldn't be able to watch live and that sucks. Damn. I wanted to make her cum for you." |
|---|---|
| OCE ACCOUNT | "What time would work? I'm busy till about 130<br><br>"What do you do? I'm forest service" |
| Bozemanguy1 | "1:30 would"<br><br>"Construction and consulting" |
| OCE ACCOUNT | "Not sure I can go that close. What about 3 ? I'm forest service bosses love to hold me in" |
| Bozemanguy1 | "Ha"<br><br>"Might work"<br><br>"You guys staying at the armory? My buddy works there and could probably hook ya up with a discount on checkout" |
| OCE ACCOUNT | "I can for sure do 3 just don't wanna be flaky ya know"<br><br>"Supposed to be done around 1" |
| Bozemanguy1 | "Ahh. Gotcha" |
| OCE ACCOUNT | "That cool?" |
| Bozemanguy1 | "I'll have to see when my next meeting is moved to. But maybe. Where ya staying?" |

| | |
|---|---|
| OCE ACCOUNT | "Aight. I'm down but don't have all day. Prefer to meet you before I tel you that" |
| Bozemanguy1 | "Good call. I get that" |
| OCE ACCOUNT | "It's all good man. Let me figure some stuff out" |
| Bozemanguy1 | "No worries"<br><br>"Do you have any more pics of her ?" |
| OCE ACCOUNT | [PICTURE SENT OF FEMALE WHO APPEARS YOUNG] |
| Bozemanguy1 | "That's the one you sent earlier. Have any different ones ?" |
| OCE ACCOUNT | "Shit sorry couldn't remember I have a lot" |
| OCE ACCOUNT | [PICTURE SENT OF FEMALE WHO APPEARS YOUNG] |
| Bozemanguy1 | "Such a cutie !! If you have any of her body I'd love to see"<br><br>"Sooo cute !!" |
| OCE ACCOUNT | "Might be available round 2ish [PICTURE SENT OF FEMALE WHO APPEARS YOUNG IN BIKINI] |
| Bozemanguy1 | "Nice ! Hit me up as soon as you are back at you ur hotel !"<br><br>"Mmmmm…. Love the bikini pic by the way." |
| OCE ACCOUNT | "You available ?" |
| Bozemanguy1 | "She is straight up DELICIOUS" |

| | |
|---|---|
| | [Drooling face emoticon]<br><br>"Yes I will be" |
| OCE ACCOUNT | "Now?" |
| Bozemanguy1 | "At two. But yeah, I can hurry and change and be ready a little sooner probably" |
| OCE ACCOUNT | "Wanna meet still"<br><br>"?" |
| Bozemanguy1 | "Sure ! What did you have in mind" |
| OCE ACCOUNT | "Wel would like to meet you first before we go to hotel n Hannah and get after it lol" |
| Bozemanguy1 | "Sounds good" |
| OCE ACCOUNT | "Im at [designated public recreation area] eating lunch after work. Meet me here ?" |
| Bozemanguy1 | "[Designated public recreation area] … not sure where that is" |
| OCE ACCOUNT | "It's like 12 mins from my hotel. It's a [designated public recreation area] was working here. Right by [designated public recreation area]." |
| Bozemanguy1 | "Oh ok. Can do." |
| OCE ACCOUNT | "I'm in a white forest service van"<br><br>"Nobody here" |
| Bozemanguy1 | "Cool. I'm on my way. That's out in Belgrade so gimme a minute. You guys staying in Belgrade and not Bozeman then I take it ?" |

| OCE ACCOUNT | "Yah I think so I get confused out here. I'm sitting in my van you'll see me."<br><br>"You got condoms dude? I dnt have any for you" |
|---|---|
| Bozemanguy1 | "I can stop and grab some on my way to play with her" |
| OCE ACOUNT | "That works."<br><br>"How will I know it's you and not some weirdo ? Couple more people just pulled in" |
| Bozemanguy1 | "Brown truck. And I'll come to the van. No other randoms would." |
| OCE ACCOUNT | "Word dude. I'll save some pizza for you."<br>"You excited lol" |
| Bozemanguy1 | "Very !"<br><br>"You?" |
| OCE ACCOUNT | "Mhmmm" |
| Bozemanguy1 | "Good"<br><br>"Can NOT stop drooling over her pics" |
| OCE ACCOUNT | "She's not huh"<br><br>"Hot" |
| Bozemanguy1 | "Soooo hot"<br><br>"If you are here all week for work, why is your niece with ya ?" |

| OCE ACCOUNT | "School canceled with Covid n wanted some alone time lol" |
|---|---|
| Bozemanguy1 | "Cute" |
| OCE ACCOUNT | "Is it" |
| Bozemanguy1 | "Yup"<br><br>"Have you guys had any hot fun since you've been here ?" |
| OCE ACCOUNT | "Not rlly had shit work shifts"<br><br>"Where you at" |
| Bozemanguy1 | "That sucks"<br><br>"On my way" |
| OCE ACCOUNT | "You already said that haha"<br><br>"Work is cool but shit they hammer me sometimes" |
| Bozemanguy1 | "Forrest Service.... I bet they do" |
| OCE ACCOUNT | "Yeah but I like it."<br><br>"Hey bro I'm out taking a piss you pull up?" |
| Bozemanguy1 | "Yup" |
| OCE ACCOUNT | "Be right now"<br><br>"There"<br><br>"Brown trailblazer lol? I'm walking your way"<br><br>"Bro?"<br><br>"?" |

16.     On February 2, 2022, at approximately 1:50 p.m., NORMILE arrived

at the designated public recreation site, outside of Belgrade, Montana, driving his

brown/beige, 2002 Chevrolet Trailblazer, VIN: 1GNDT13SX22516991.

NORMILE parked by the law enforcement vehicle ("white forest service van")

described in the chats by the OCE.  Law enforcement was conducting surveillance

in the area and observed NORMILE's arrival.

17.     Upon arrival, the OCE asked "you pull up?" and Bozemanguy1

messaged back, "Yup."  At this point, law enforcement teams in the area arrived

and arrested NORMILE.  Before NORMILE's arrest, the OCE observed that

Bozemanguy1 was opening each of the OCE's messages; however, following

NORMILE's arrest, additional messages sent to Bozemanguy1 were not opened.

NORMILE's black iPhone (IMEI: 352897115445440), the "Device," was

observed in plain view inside the vehicle by an arresting officer and was taken out

of the vehicle and placed in airplane mode to preserve evidence.  NORMILE was

asked for consent to search the vehicle, and initially provided verbal consent for

the search, but after being read a Consent To Search Form, denied consent,

expressing that he should "probably" speak with "someone first."


18.     NORMILE was transported to the Bozeman FBI Office by two

Gallatin County Sheriff's Deputies and was subsequently interviewed by the

23

Affiant and a Gallatin County Sheriff's Office Detective. After being advised of the nature of the interview and being read an Advice of Rights Form, NORMILE requested a lawyer. NORMILE provided his residence address, but was untruthful about the letter assigned to his trailer providing "B" instead of "D." NORMILE readily advised the interviewers about the name of his son, his son's age, and the location of his son, but would not provide the name of his daughter.

## CONCLUSION

Since the black Apple iPhone (IMEI: 352897115445440) is also an instrumentality of the relevant crimes, the affiant submits that the facts outlined in this affidavit support probable cause for the issuance of a search and seizure warrant authorizing the examination of the black Apple iPhone (IMEI: 352897115445440), the "Device," to seek the items described in Attachment B. Assistant United States Attorney Cyndee Peterson concurs with this assessment.

Respectfully submitted,

Brandon L. Walter
FBI Special Agent

Sworn to before me over the telephone and signed by me pursuant to Federal Rule of Criminal Procedure 4.1 and 4(d) on the 3rd day of February, 2022:

Kathleen L. DeSoto
United States Magistrate Judge

24